# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| WPX Energy Williston, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hurricane Air & Swabbing Services, LLC, | ) | |
| Wellsite Solutions, Inc., and Trustland | ) | |
| Oilfield Service, LLC, | ) | |
| | ) | |
| | ) | Case No. 4-15-cv-155 |
| Defendants. | ) | |

Before the court is the parties' Stipulation and Motion to Amend Scheduling Order, Docket No. 51, wherein the parties request the court's leave to amend various scheduling deadlines set forth in the court's prior scheduling order. See Docket No. 37. The court **ADOPTS** the parties' stipulation. The court's prior scheduling order, Docket No. 37, is hereby amended as follows:

1. The parties shall have until **February 20, 2017** to complete fact discovery and file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall serve disclosures on or before **March 6, 2017**.

    b. Defendant shall serve disclosures on or before **April 6, 2017**.

3. The parties shall have until **May 26, 2017** to complete discovery depositions of expert witnesses.

4. The parties shall have until **December 21, 2016** to move to join additional

parties.

5.     The parties shall have until **December 21, 2016** to move to amend pleadings to add claims or defenses.

6.     The parties shall have until **December 21, 2016** to file other non-dispostive motions (e.g., consolidation, bifurcation).

7.     The parties shall have until **December 3, 2016** to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitation).  Discovery shall not be stayed during the pendency of such motions.

The other deadlines imposed in the court's prior order, Docket No. 37, shall remain in effect.

**IT IS SO ORDERED.**

Dated this 1st day of December, 2016.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court