# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| WPX Energy Williston, LLC, | )<br>) |
| Plaintiff, | ) **ORDER**<br>) |
| vs. | )<br>) Case No. 4-15-cv-155 |
| Hurricane Air & Swabbing Services, LLC, Wellsite Solutions Inc., and Trustland Oilfield Services, LLC, | )<br>)<br>)<br>) |
| Defendants, | ) |

The court held a status conference with the parties on May 31, 2017 to discuss how to proceed with this case in light of Judge Hovland cancelling the trial in the underlying action of <u>Zerr v. WPX Energy Williston, LLC et al.</u>, Case No. 1-15-cv-33. Based upon the court's conversation with the parties during the conference call, the court **ORDERS** the following:

1. The trial and final pretrial conference are cancelled and will be reset for a later date.

2. All deadlines are also cancelled, but discovery will be allowed to go forward.

3. The parties are to contact chambers to arrange another status conference once Judge Hovland has ruled on the pending motions for summary judgment and rescheduled a trial date in the underlying action.

**IT IS SO ORDERED.**

Dated this 31st day of May, 2017.

> /s/ Charles S. Miller, Jr.
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court